JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAIME ORTIZ, | § § § | **EP16CV0053** |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. CV _____ |
| WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS, | § § § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, EL PASO DIVISION:**

**COMES NOW WATER SAVERS, LLC d/b/a LRI ENERGY SOLUTIONS** ("LRI") Defendant, and files this its Notice of Removal, and would respectfully show the Court as follows:

### Introduction

1.  LRI is the Defendant in a civil action brought in the 327th Judicial District Court, El Paso County, Texas, Cause No. 2015-DCV4032, reflecting the same style with respect to the parties as this Notice of Removal. Defendant in this action seeks this removal. Copies of all papers on file in the State Court action are attached to this notice as Exhibit "A."

2.  Defendant has received notice of Plaintiff's Original Petition in the State Court action. Defendant agreed to accept service of process on February 16, 2016.

3.  Plaintiff alleges that he was wrongfully terminated due to his unwillingness to participate in what he perceived as theft of United States Government property.

4.  LRI is a subcontractor that provided services to the United States Government under a contract ("Contract") between the federal government and a prime contractor. Plaintiff was employed to perform services pursuant to terms of the Contract on the premises of Fort Bliss, a federal enclave.

### Exclusive Jurisdiction

5. This Court has federal question jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1331 and the action may be removed by this Court pursuant to 28 U.S.C. § 1441(b).

**A. Federal Enclave Clause**

6. The Constitution of the United States of America provides that the United States has the power to acquire land from the states and to exercise exclusive jurisdiction over such property. *See* U.S. Const. Art. I § 8, Cl. 17; *Lord v. Local Union No. 2088, International Brotherhood of Electrical Workers*, 646 F.2d. 1057, 1059 (5th Cir. 1981), *cert. denied*, 458 U.S. 1106 (1982). The jurisdiction exercised by the United States over such federal enclaves is exclusive, unless otherwise agreed by the United States and the state government. As stated by the Fifth Circuit, "the federal government, as a sovereign and absent a voluntary relinquishment of its sovereign rights, exercises exclusive jurisdiction over federal enclaves." *U.S. v. State of Texas*, 695 F.2d 136, 141 (5th Cir. 1983), *cert. denied*, 464 U.S. 933 (1983); *see also Akin v. Big Three Industries, Inc.*, 851 F.Supp. 819, 822-23 (E.D. Tex. 1994); *Parker v. Main*, 804 F.Supp. 284, 286 (M.D. Ala. 1992). As the acts at issue occurred on a federal enclave and related to the property of the United States, this Court must exercise federal jurisdiction over this dispute.

**B. Property Clause**

7. Additionally, the Property Clause states: "Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States." U.S. Const., Art. IV, § 3, cl. 2; *see Kleppe v. New Mexico*, 426 U.S. 529, 96 S.Ct. 2285, 49 L.Ed.2d 34 (1976). The Supreme Court has given the Property Clause an "expansive" reading and stated that the federal government "doubtless has power over its own property analogous to the police power of the several States." *United States v. Gabrion*, 517 F.3d

839, 846 (6th Cir. 2008), citing *Kleppe*, 426 U.S. at 539-40. The Supreme Court has "repeatedly observed that the power over the public land thus entrusted to Congress is without limitations." *Kleppe,* 426 U.S. at 539. "In short, Congress exercises the powers both of a proprietor and of a legislature over the public domain." *Id.* at 540. In this case, the issue involves the disposal of Federal property. Thus, exclusive jurisdiction rests with this Court.

### Diversity Jurisdiction

8. This Court has diversity jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1332 and the action may be removed by this Court pursuant to 28 U.S.C. § 1441(a). Plaintiff JAIME ORTIZ is a citizen of the State of Texas. WATER SAVERS, LLC is a Maryland limited liability company with its principal place of business in Maryland. The amount in controversy exceeds $75,000.00. Accordingly, removal of this action is proper pursuant to 28 U.S.C. § 1441(a).

### Conclusion

9. This notice is filed with the Court within thirty (30) days after the acceptance of service of Plaintiff's Original Petition on Defendant and is thus timely filed under 28 U.S.C. § 1446(b).

**WHEREFORE, PREMISES CONSIDERED,** Defendant hereby gives notice to the Court and all parties that the above-entitled action has been removed from the 327th Judicial District Court of El Paso County, Texas, to the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79999-1977
Phone: (915) 532-2000
Fax: (915) 541-1548

By: _____
    Bruce A. Koehler
    State Bar No. 11649300

Attorneys for Defendant WATER SAVERS,
LLC d/b/a LRI ENERGY SOLUTIONS


## CERTIFICATE OF SERVICE

I, Bruce A. Koehler, certify on this the 16th day of February, 2016, a true and correct copy of the foregoing instrument was served via Certified Mail, Return Receipt Requested, on attorneys for Plaintiff, Raymond D. Martinez and Jonathan L.R. Baeza, Martinez & Martinez Law Firm, PLLC, 730 E. Yandell Drive, El Paso, Texas 79902.

_____
Bruce A. Koehler

1238937/BAK/15357-101

# EXHIBIT "A"

El Paso County - 327th District Court

Filed 12/7/2015 1:47:23 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV4032

| | |
|---|---|
| JAIME ORTIZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § |
| | § |
| WATER SAVERS, LLC D/B/A | § |
| LRI ENERGY SOLUTIONS, | § |
| | § |
| Defendant. | § |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND AND REQUEST FR DISCLOSURE

Jaime Ortiz, the Plaintiff, sues Water Savers, LLC d/b/a LRI Energy Solutions, for terminating his employment as Plumber's Assistant because he would neither violate the law himself nor assist Mr. Wheeler in his efforts to violate the law.

### I. Discovery Control Plan

Pursuant to Rule 190, discovery in this case will be conducted in Level 3.

### II. The Parties

Jaime Ortiz, the Plaintiff, is an individual now residing in Ector County, Texas. Throughout this petition, this defendant shall be referred to as "Ortiz" or "Plaintiff."

The Defendant Water Savers, LLC d/b/a LRI Energy Solutions is a Maryland Corporation that conducted business in El Paso County, Texas. Throughout this petition, this defendant shall be referred to as "Water Savers" or "Defendant." Defendant does not have a registered agent in the State of Texas. Defendant may be served with process by serving the Texas Secretary of State at P.O. Box 12079, Austin, Texas 78711-2079 who shall forward a copy of this Petition upon WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS by certified mail return receipt requested by serving FRANCIS WHEELER, President, or any other authorized officer at 750 MD Route 3 South, Suite 19, Gambrills, Maryland 21054. The Texas Secretary of State shall

1

immediately mail a copy of this Petition to the Defendant at this address as specified in Texas Civil Practice and Remedies Code Section 17.045.

### III. Statement of Facts

Ortiz began work for Water Savers in May of 2013 as a Plumber's Assistant. Ortiz earned approximately $20 per hour and was an at-will employee. Over the course of his employment with Water Savers, Ortiz had a significant positive effect on the company's contracts in El Paso County, Texas, specifically at Canutillo Independent School District and Fort Bliss Army Base. Ortiz assisted in the general maintenance and renovation at these sites.

At the Fort Bliss site, Ortiz assisted in the renovation and maintenance of toilets and plumbing of numerous buildings on the base. Ortiz assisted in the installation of approximately 400 toilets at Fort Bliss.

During this time, Ortiz was instructed to place any and all brass removed from the federal property in a bucket. Ortiz discovered that the brass, which was federal property, was being taken and sold by Francis Wheeler, President of Water Savers, LLC, for profit and not reported to the government who was the owner of the brass.

On or about December 2013 or early January 2014, during a conversation with Francis Wheeler, Ortiz discovered that the brass was being sold by Water Savers. In that conversation, Ortiz told Wheeler that he would not participate in the theft or selling of the brass and that it was wrong. Ortiz believed the selling of the federal property, the brass, to be an illegal act that could result in imprisonment.

Immediately upon Ortiz's refusal to assist Wheeler in the theft of the brass, Ortiz was terminated on or about January 5, 2014.

Clearly, Wheeler and Water Savers terminated Ortiz because he refused to participate in the theft or selling of brass removed from the site, which Ortiz quite reasonably believed would violate the law.

### IV.  Wrongful Termination

The acts and omissions of the Defendant clearly constitutes a wrongful termination of Plaintiff in violation of Texas law.  Public policy certainly opposes theft of government property for personal gain.  Finally, public policy is offended when, as here, a corporation terminates an employee because that person refuses to engage in practices that contravene public policy.

### V.  Damages

Plaintiff sues for actual damages proximately caused or otherwise produced by Defendants's conduct, which damages include, but are not necessarily limited to: past and future pain and suffering, mental anguish, shame, fear, humiliation, depression, embarrassment, anxiety, severe stress, damage to personal and professional reputation, loss of enjoyment of life, inconvenience, and other personal harms.  Plaintiff also sues for past and future lost wages, and lost earning or employment capacity.

Plaintiff's damages are within the court's jurisdictional limits.  Pursuant to the amendment of Texas Rule of Civil Procedure 47, Plaintiff pleads as stated in the Rule: (4) monetary relief over $200,000 but not more than $1,000,000.  In addition, Plaintiff is seeking nonmonetary relief. *See* Tex. R. Civ. P. 47.

Plaintiff has not calculated specific amounts for these elements of damages and does not anticipate doing so prior to trial.  The Plaintiff understands and agrees that the amount of damages that should be reimbursed to the Plaintiff is solely within the discretion of the Jury.  While reserving the right to request from the jury such lesser amount as it determines to be fair and

reasonable, at said insistence, the Plaintiff pleas the monetary relief as described in Texas Rule of Civil Procedure 47.

**Punitive Damages**. Defendant acted with malice toward Plaintiff, with a specific intent to cause substantial injury. Defendant further engaged in acts or omissions that involved a high degree of risk of harm to Plaintiff, where Defendant had actual subjective awareness of those risks, but proceeded with conscious indifference to the rights, safety and welfare of Plaintiff. Plaintiff sues for the maximum amount of punitive damages possible from a jury in light of all relevant factors considered in determining such an award.

The Plaintiff asks this Court to grant the following relief:

1. A judgment against the Defendant for lost past and future wages;
2. A judgment against the Defendant for mental anguish damages;
3. A judgment against the Defendant for exemplary damages;
4. A judgment against the Defendant for costs of court in this matter;
5. A judgment against the Defendant for prejudgment interest at the highest rate allowed by law;
6. A judgment against the Defendant for post-judgment interest at the highest rate allowed by law; and
7. Such other relief, legal or equitable, as may be warranted.

### VI. Jury Demand

Plaintiff demands a jury on all issues so triable. He has tendered the appropriate fee.

### VII. Request for Disclosure

Pursuant to Rule 194, you are requested to disclose within fifty (50) days of the service of this request, the information or material described in Rule 194.2. With regard to the material described in Rule 194.2(b), please answer to the full extent authorized by the rules, which should include the names of all individuals and entities with an ownership interest in the business.

### VIII. Prayer

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that Defendant be cited to

4

appear and answer and that upon final hearing he obtain judgment providing him with all reasonable actual and compensatory damages sought herein including interest and costs.

          Respectfully submitted,

          **MARTINEZ & MARTINEZ LAW FIRM, PLLC**
          *Attorneys for Plaintiff*
          730 E. Yandell Dr.
          El Paso, Texas 79902
          (915) 541-1000
          (915) 541-1002 (Facsimile)

By:   /s/ Raymond D. Martinez
       **RAYMOND D. MARTINEZ**
       State Bar No. 24002537
       raymond@martinezlawyers.com
       **JONATHAN L.R. BAEZA**
       State Bar No. 24092066
       jonathan@martinezlawyers.com

El Paso County - 327th District Court

Filed 12/7/2015 1:47:23 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV4032

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED JAIME ORTIZ V. WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

| Name: | Email: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Raymond D. Martinez | raymond@martinezlawyers.com | Plaintiff(s)/Petitioner(s): JAIME ORTIZ | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address: 730 E. Yandell Dr. | Telephone: 915-541-1000 | | Additional Parties in Child Support Case: |
| City/State/Zip: El Paso, Texas 79902 | Fax: 915-541-1002 | Defendant(s)/Respondent(s): WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS | Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |
| Signature: /s/ | State Bar No: TX-24002537 | | |

[Attach additional page as necessary to list all parties]

### 2. Indicate case type, or identify the most important issue in the case (select only 1):

**Civil**

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br><br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |

| Employment | Other Civil | | |
|---|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☒ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

### 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court   ☐ Declaratory Judgment   ☐ Prejudgment Remedy
☐ Arbitration-related   ☐ Garnishment   ☐ Protective Order
☐ Attachment   ☐ Interpleader   ☐ Receiver
☐ Bill of Review   ☐ License   ☐ Sequestration
☐ Certiorari   ☐ Mandamus   ☐ Temporary Restraining Order/Injunction
☐ Class Action   ☐ Post-judgment   ☐ Turnover

### 4. Indicate damages sought (do not select if it is a family law case):

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13



## NORMA L. FAVELA

District Clerk

El Paso County

500 E. San Antonio St., Suite 103

El Paso, TX 79901-2457

(915) 546-2021

# PAST DUE NOTICE

## YOUR PAYMENT ON COURT COST, FINES AND / OR FEES IS DELINQUENT

December 08, 2015

RAYMOND D MARTINEZ
730 E YANDELL DRIVE
EL PASO, TX 79902

RE:   2015DCV4032
      JAIME ORTIZ vs WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS

According to our records, your payment of **30.00** has not been received for the pleading *"Plaintiff's Original Petition, Jury Demand and Request for Disclosure"* filed on 12/07/2015. Review the overdue amounts and please make prompt payment.



Are you efiling today?
Point. Click. Done.
No lines. No rush. No paper. No problems.
Now you can file your civil court documents online, 24/7.
Find out more information today at ww.TexasOnline.com/efiling or call us at 915.546.2021.



# NORMA L. FAVELA

District Clerk

El Paso County

500 E. San Antonio St., Suite 103

El Paso, TX 79901-2457

(915) 546-2021

| Code | Plaintiff Fees | Initial Fees | Balance |
|---|---|---|---|
| DCAPPEAL | DC Court of Appeals Fee - Eighth District of Texas Court | 5.00 | 0.00 |
| DCADRFEE | DC Alternative Dispute Resolution Fee | 15.00 | 0.00 |
| DCCLKFEE | DC Clerk Fee | 50.00 | 0.00 |
| DCCTYRM | DC County Records Management Fee | 5.00 | 0.00 |
| DCRECFEE | DC Court Records Preservation Fee | 10.00 | 0.00 |
| DCCOURTR | DC Court Reporter Fee | 30.00 | 0.00 |
| DCSECURE | DC Courthouse Security | 5.00 | 0.00 |
| DCINDIG | DC Indigency Fund Fee | 10.00 | 0.00 |
| DCJRFEE | DC Jury Request Fee | 30.00 | 30.00 |
| DCLAWLIB | DC Law Library Fee | 35.00 | 0.00 |
| DCRECTCH | DC Records Management - Technology Fund | 10.00 | 0.00 |
| DCRECMGT | DC Records Management Fee | 5.00 | 0.00 |
| DCSJFS | DC State Judiciary Fund Support Fee | 42.00 | 0.00 |
| DCTJFUND | DC Texas Judicial Fund | 50.00 | 0.00 |
| SEFSF | State eFiling System Fund | 30.00 | 0.00 |
|  | Total | 332.00 | **30.00** |

You must contact this office within 5 days of the date of this letter to avoid further action. Government Code.Sec.51.317 (a) states fees are to be collected at time of service. Services will no longer be processed if payment is not made at the time of filing. If you have any questions, contact Dalia Amezaga at (915) 546-2021 ext. 4506. Thank you for your assistance in this matter.

Melissa Licerio, Deputy Clerk



Are you efiling today?
Point. Click. Done.
No lines. No rush. No paper. No problems.
Now you can file your civil court documents online, 24/7.
Find out more information today at ww.TexasOnline.com/efiling or call us at 915.546.2021.

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **WATER SAVERS, LLC**, who may be served with process by serving the, **TEXAS SECRETARY OF STATE** at **P.O. BOX 12079, AUSTIN, TX. 78711-2079** who shall forward a copy of this petition upon **WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS** by certified mail return receipt requested by serving, **FRANCIS WHEELER**, President, or any other authorized officer at **750 MD ROUTE 3 SOUTH, SUITE 19, GAMBRILLS, MARYLAND, 21054.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **327th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 7th day of December, 2015, by Attorney at Law RAYMOND D. MARTINEZ, 730 E. YANDELL DRIVE, EL PASO, TX. 79902 in this case numbered **2015DCV4032** on the docket of said court, and styled:

**JAIME ORTIZ**
vs
**WATER SAVERS, LLC D/B/A LRI ENERGY SOLUTIONS**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of December, 2015.

Attest: NORMA L. FAVELA, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA L. FAVELA**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

By _Erica Romero_, Deputy
Erica Romero

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the _____ day of _____, 2015, at _____ I mailed to

_____

_____

Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Original Petition (OCA) attached thereto.

_____

_____
TITLE

*NAME OF PREPARER | TITLE
ADDRESS
CITY | STATE | ZIP

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____ _____ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

    This forwarding address was provided:_____

El Paso County, Texas

By:_____
    Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas
County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day of _____, _____.

_____
Notary Public, State of _____
My commission expires:_____

Case 3:16-cv-00053-DB   Document 1   Filed 02/16/16   Page 16 of 19

El Paso County - 327th District Court                    Filed 2/16/2016 2:48:27 PM
                                                              Norma L. Favela
                                                               District Clerk
                                                               El Paso County
                                                                2015DCV4032

IN THE 327TH JUDICIAL DISTRICT COURT

EL PASO COUNTY, TEXAS

| | |
|---|---|
| JAIME ORTIZ, § | |
| § | |
| Plaintiff, § | |
| v. § | Cause No. 2015-DCV4032 |
| § | |
| WATER SAVERS, LLC d/b/a § | |
| LRI ENERGY SOLUTIONS, § | |
| § | |
| Defendant. § | |

## ACCEPTANCE OF SERVICE

WATER SAVERS, LLC d/b/a LRI ENERGY SOLUTIONS, Defendant herein, hereby agrees to accept service of the Original Petition in the above-referenced lawsuit without need for formal service. Accepted service is effective as of the date set forth below.

SIGNED on this the 16th day of February, 2016.

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79950-1977
Phone: (915) 532-2000
Fax: (915) 541-1548

By: _____
**Bruce A. Koehler**
State Bar No. 11649300

Attorneys for Defendant WATER SAVERS, LLC
d/b/a LRI ENERGY SOLUTIONS

## CERTIFICATE OF SERVICE

I, Bruce A. Koehler, certify on this the 16th day of February, 2016, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the e-filing system service provider, which will serve a copy of same on attorneys for Plaintiff, Raymond D. Martinez (raymond@martinezlawyers.com) and Jonathan L.R. Baeza, (jonathan@martinezlawyers.com), Martinez & Martinez Law Firm, PLLC, 730 E. Yandell Drive, El Paso, Texas 79902.

_____
Bruce A. Koehler

1239071/BAK/15357-101

2

IN THE 327TH JUDICIAL DISTRICT COURT

EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| JAIME ORTIZ, | § § | |
| Plaintiff, | § | |
| v. | § § | Cause No. 2015-DCV4032 |
| WATER SAVERS, LLC d/b/a LRI ENERGY SOLUTIONS, | § § § § | |
| Defendant. | § | |

## NOTICE OF REMOVAL OF STATE COURT ACTION

**TO:** **District Clerk of El Paso County, Texas for the 327th Judicial District Court**

You are hereby notified that on the 16th day of February, 2016, a Notice of Removal of Civil Action, a true and correct copy of which is attached, was filed in the United States District Court for the Western District of Texas, El Paso Division. The Notice of Removal was filed in reference to Cause No. 2015-DCV4032, *Jaime Ortiz v. Water Savers, LLC d/b/a LRI Energy Solutions,* pending in the 327th Judicial District Court of El Paso County, Texas.

Dated: February 16, 2016.

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79950-1977
Phone: (915) 532-2000
Fax: (915) 541-1548

By: _____
Bruce A. Koehler
State Bar No. 11649300

Attorneys for Defendant WATER SAVERS, LLC
d/b/a LRI ENERGY SOLUTIONS

1

## CERTIFICATE OF SERVICE

I, Bruce A. Koehler, certify on this the 16th day of February, 2016, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the e-filing system service provider, which will serve a copy of same on attorneys for Plaintiff, Raymond D. Martinez (raymond@martinezlawyers.com) and Jonathan L.R. Baeza, (jonathan@martinezlawyers.com), Martinez & Martinez Law Firm, PLLC, 730 E. Yandell Drive, El Paso, Texas 79902.

/s/ Bruce A. Koehler
Bruce A. Koehler

1238950.1/BAK/15357-101